UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TOMPSON RIGGS<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:20cv940-HBK (SS)<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION AND/OR PROVIDE PROOF OF SERVICE ON COMMISSIONER |

This matter comes before the Court upon initial review of the file which was recently reassigned to the undersigned. (Doc. 6). Plaintiff initiated this *pro se* action on July 7, 2020 by filing a Complaint for review of Social Security Disability or Supplemental Security Income Decision. (Doc. No. 1). Plaintiff was grated leave to proceed *in forma pauperis*. (Doc. No. 3). On July 9, 2020, the Clerk issued summons (Doc. No. 4) and a scheduling order issued (Doc. No. 5). A review of the docket reveals no return of the summons indicating that the Commissioner has received timely service of process. *See* docket. Aside from filing the Complaint, there has been no record activity on the docket from the parties. *Id.* It is unclear whether service was effectuated upon the Commissioner or whether Plaintiff has decided to voluntarily dismiss this action.

Accordingly, it is now **ORDERED**:

1. Plaintiff shall show cause within ten (10) days from the date on this Order why this case

1

should not be dismissed for failure to prosecute and/or provide proof of return of service of process on Commissioner.

2. If Plaintiff wishes to voluntary dismiss this case, he shall file a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41 (a) within ten (10) days.

3. Plaintiff's failure to respond to this Order or explain his inability to respond will result in the dismissal of this case without further notice for Plaintiff's failure to comply with a court order and to prosecute this action.

IT IS SO ORDERED.

Dated: __January 13, 2021__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE